IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Ieesha Montgomery, | : |
|                 Plaintiff,<br>v. | : Civil Action No.: 3:11-cv-00592 (GPM)(PMF) |
| Procollect Inc.; and<br>DOES 1-10, inclusive, | : |
|                 Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 18, 2011

                                            Respectfully submitted,

                                            PLAINTIFF, Ieesha Montgomery

                                            By:  /s/ Sergei Lemberg
                                                  Sergei Lemberg, Esq.
                                                  LEMBERG & ASSOCIATES L.L.C.
                                                  1100 Summer Street, 3rd Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 18, 2011, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF System (ECF), which sent notice of such filing to the following:

David I. Goodhart
190 S. Collins Road
Suite 102
Sunnyvale, TX 75182

              By /s/ Sergei Lemberg
                Sergei Lemberg