IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IEESHA MONTGOMERY, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 11-592-GPM |
| PROCOLLECT, INC. and DOES 1-10, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, and the parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: February 3, 2012

NANCY J. ROSENSTENGEL, CLERK

By: s/ Linda M. McGovern
Deputy Clerk

APPROVED: s/G. Patrick Murphy
G. Patrick Murphy
United States District Judge